# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION |
| MADELYN THOMPSON | : |  |
|  | : |  |
| v. | : |  |
| OXFORD LAW, LLC | : |  |
|  | : | NO. 14-4715 |

**CIVIL JUDGMENT**

BEFORE HONORABLE J. CURTIS JOYNER

AND NOW, this 12 day of June , 2015 , it appearing that an Arbitration Award was entered and filed on May 5, 2015, and that 30 days have elapsed from the entry of the award without any party demanding a trial *de novo*, it is hereby

ORDERED, that in accordance with the Arbitration Award and Local Civil Rule 53.2, Section 6, judgment is entered in favor of defendant and against plaintiff.

ATTEST:                              OR                    BY THE COURT:


By:_____                                    S/J. CURTIS JOYNER, J.
Deputy Clerk                                             J. CURTIS JOYNER, J.

ARB 16